**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YUHONG REN AND GUOJI CHU,

Petitioners,

v.

JAMES JANECHA, ET AL.,

Respondents.

Case No. 5:26-cv-04364-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioners Yuhong Ren (A# 236-934-757) and Guoji Chu (A# 236-934-758) (collectively, "Petitioners") from custody (subject only to conditions that were in place prior to their July 31, 2026 detention, if any) and return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioners pursuant to 8 U.S.C. § 1226 without providing each of them at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioners are a flight risk or a danger to the community

and that no condition or combination of conditions could reasonably assure Petitioners' future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of each Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 17, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE